Action by John F. Simpson against James Maguire and another. No opinion. Final order of the Municipal Court affirmed, with $10 costs and disbursements.

SLATER v. WATERSON & L. AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by James Slater against the Waterson & L. Amusement Company. No opinion. Application denied, with $10 costs. Order signed.

SMADBECK, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Louis Smadbeck against the city of Mt. Vernon. For original opinion, see 124 App. Div. 515, 109 N. Y. Supp. 70.
PER CURIAM. Motion for reargument denied, with $10 costs.

SMADBECK, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Louis Smadbeck against the city of Mt. Vernon. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SMITH, Respondent, v. CONEY ISLAND & B. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Ada Smith against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Appellant, v. METZGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Ella J. Smith against Felix Metzger. No opinion. Order affirmed, with $10 costs and disbursements.

In re SNEDECKER. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the judicial settlement of the account of John D. Snedecker, as executor, etc., of Leffert L. Bergen, deceased. No opinion. Decree of the Surrogate's Court of Kings county (56 Misc. Rep. 92, 106 N. Y. Supp. 1038) affirmed, with costs.

SNOW, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Addie P. Snow against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $6,000, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

SOMMERICH et al., Respondents, v. W. A. SQUIRE & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Milton S. Sommerich and others against W. A. Squire & Co. J. C. Rowe, for appellant. F. Wiener, for respondents.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
SCOTT, J., dissents.

In re SPENCER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) In the matter of the estate of Albert J. Spencer, deceased.
PER CURIAM. Order modified, in accordance with memorandum filed with the clerk, and, as so modified, affirmed, with $10 costs and disbursements, payable out of the estate. Held, that decedent, notwithstanding the fact that appellant had obtained a judicial decree of separation from him some years before his death, and that he had not since such decree contributed to her support, died "having a family" and "leaving a widow," within the meaning of section 2713 of the Code of Civil Procedure.

SPONHEIMER v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Alice M. Sponheimer against the New York City Railway Company. No opinion. Motion denied, on payment of $10 costs. Order filed.

STEARNS v. BELL et al. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Jesse Stearns, as trustee, etc., against Elizabeth T. Bell and others. M. S. Lynch, for plaintiff. H. S. Marshall, for defendants. No opinion. Judgment affirmed, without costs. Order filed.

STEFFAN, Respondent, v. STEFFAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Theresa Steffan against Anthony C. Steffan. No opinion. Judgment and order affirmed, with costs.

STEFFEN, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Albert Steffen against Luke Smith. No opinion. Judgment and order affirmed, with costs.

STEPHENS et al., Respondents, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. May 6, 1908.) Action by John J. Stephens and others against the New York, Ontario & Western Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., not sitting.

STERN v. INGRAHAM. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Jules P. Stern against D. Phenix Ingraham. No opinion. Application granted. Order signed.

STEUERWALD, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Ac-